**Order filed January 18, 2013, Withdrawn, Appeal Reinstated and Order filed Februrary 28, 2013**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00117-CV
_____

### JOE GUADALUPE VASQUEZ AND MARIA GUADALUPE VASQUEZ, Appellants

### V.

### AMALIA PUGA, EDGAR PUGA, JUAN TAPIA, STATE BOND & MORTGAGE CO., Appellees

**On Appeal from the 55th District Court
Harris County, Texas
Trial Court Cause No. 2010-37844**

## ORDER

On January 18, 2013, this Court issued an order abating the appeal and directing the trial court to conduct a hearing to determine the reason for the failure of Gina Wilburn to file the record. *See* Tex. R. App. P. 35.3(c) (the trial and appellate courts are jointly responsible for ensuring that the appellate record is

timely filed). On January 23, 2013, Gina Wilburn informed this court that appellants had not made arrangements to pay for the record.

Accordingly, our order of January 18, 2013, is withdrawn. The appeal is reinstated.

Unless, within 15 days of the date of this order, appellants pay or make arrangements to pay the court reporter for preparing the record, and provide this court with proof of payment, we may consider and decide those issues or points that do not require a reporter's record. See Tex. App. P.37.3(c).

PER CURIAM